# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

**DENARD DARNELL NEAL**

**CIVIL ACTION NO. 04-CV-1239**

**-vs-**

**JUDGE LITTLE**

**HARLEY G. LAPPIN, ET AL.**

## JUDGMENT

Before the court is a report and recommendation of the magistrate suggesting that the civil rights complaint of *pro se* plaintiff, Denard Darnell Neal ("Neal"), be denied and dismissed. Neal has filed a document with the court that was docketed as objections to the magistrate's report and recommendation, but that document is nonresponsive. After full record review, the court adopts the reasoning and conclusion of the magistrate.

Claims 1, 2, 3, 4, 5, 6, 7, 8, and 9 of Neal's civil rights complaint are DISMISSED WITH PREJUDICE

Claim 10 of Neal's civil rights complaint is DISMISSED WITHOUT PREJUDICE.

Alexandria, Louisiana

20 June 2005

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE